**Marie W. KRIVICICH; Daniel Krivicich, Plaintiffs–Appellants,**

v.

**UNITED STATES of America, Defendant–Appellee.**

No. 00–3192.

United States Court of Appeals, Sixth Circuit.

March 14, 2001.

Before NORRIS and DAUGHTREY, Circuit Judges; and ZATKOFF, District Judge.*

---

* The Honorable Lawrence P. Zatkoff, United States District Judge for the Eastern District

## ORDER

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

It is ORDERED that the judgment of the district court be, and it hereby is, affirmed upon the opinion of the district court.